

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00501-CR

Kevin Arick **O'DELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000144
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

On September 28, 2020, appellant filed a pro se request for forms seeking to appeal an order of deferred adjudication signed on February 12, 2020. Thereafter, appellant filed a series of pro se motions, including a "Motion for Timely Extension," on October 23, 2020, a "Motion Rule 60(b) and Amended motion for Out of Time New Trial" on November 6, 2020, and a "Motion to Set PR Bond and Release Defendant" on December 3, 2020. Because we dismissed this appeal for lack of jurisdiction, appellant's pro se motions are **DENIED AS MOOT**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

FILE COPY



_____
MICHAEL A. CRUZ, Clerk of Court